IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RASAQ ADEROJU RAHEEM

v.	Civil No. 1:20cv261-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.	Crim. No. 1:14cr33-HSO-BWR-3

RASAQ ADEROJU RAHEEM

## FINAL JUDGMENT

For the reasons given in the Order denying Defendant Rasaq Aderoju Raheem's Motion [1031] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, Motion [1069] to Amend, and Motion [1118] for Leave to File a Supplemental Reply, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of August, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE